UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ADAM PRITCHARD, et al.,

                            Plaintiffs,


                                                        **Hon. Hugh B. Scott**

                            v.
                                                        04CV534C

                                                        **Order**

THE COUNTY OF ERIE, et al.,

                            Defendants.



        Before the Court is a continuation of discovery motion practice related to production of

certain privileged documents; here, plaintiffs move to compel (Docket No. 110, May 18, 2006)

the County Defendants[1] to produce documents ordered by the undersigned (Docket No. 78; <u>see</u>

Docket No. 25) and affirmed on appeal to Judge Curtin (Docket No. 106).  Defendants sought

unsuccessfully a stay of Judge Curtin's Order to allow them to appeal the Order to compel to the

United States Court of Appeals for the Second Circuit (Docket Nos. 107, 113; <u>see also</u> Docket

No. 109).  The Order denying the stay application referred plaintiffs' motion to compel to the

undersigned for scheduling and disposition (Docket No. 113).

        The latest Scheduling Order in this case (Docket No. 103, Order at 9-14) set class

certification discovery to be completed by May 1, 2006, with class certification motion by

_____

        [1]As previously used in this action, the term "County Defendants" refers to the defendants
Erie County, former and current Erie County Sheriffs, and certain Sheriff's Department officials
responsible for management of the Erie County Holding Center and Erie County Correctional
Facility, save separately represented defendant H. McCarthy Gipson.  Docket No. 78, Order at 1
n.1; <u>see</u> Docket No. 106, Order at 1 n.2.

July 10, 2006, with all discovery to be completed by September 12, 2006, and dispositive

motions by December 27, 2006 (id. at 12-13, 13-14).  That Order expressly stated that no further

extensions of these deadlines would be granted (id. at 13, 14) and the Court concluded there that

it "expect[ed] going forward timely completion of discovery and motion practice and ultimately

progressing this case to the merits" (id. at 13, citing Docket No. 52, Order of Sept. 26, 2005, at

35).

Meanwhile, counsel for the County Defendants wrote to Judge Curtin requesting a brief

period to respond to plaintiffs' motion (Docket No. 112, letter of May 19, 2006).  Any response

would essentially be a motion for reconsideration and (given the stated positions of the parties)

any disposition here would be appealed.  Given the familiarity with these prior motions, the

arguments therein, and Orders and the fact that this motion to compel seeks the same relief

sought in the earlier motions, briefing was not held and the County Defendants' request (Docket

No. 112) is **denied**.

The present motion seeks to culminate plaintiffs' attempt to obtain certain privilege log

documents that two judges of this Court have held should be produced.  The County Defendants,

while seeking a stay while they prepare an appeal, to date have not filed a notice of appeal or

moved for a writ of mandamus.  There is no reason for this Court to delay production of these

documents.  Therefore, plaintiffs' motion to compel (Docket No. 110) is **granted**; defendants

shall produce the documents sought forthwith, barring relief from another court.  The County

Defendants' application for time to brief this motion (Docket No. 112) is **denied**.

      So Ordered.


                          /s/ Hugh B. Scott
                          Honorable Hugh B. Scott
                          United States Magistrate Judge


Dated: Buffalo, New York
       May 22, 2006