Judgment in a Civil Case
===

## United States District Court
## WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADAM PRITCHARD and<br>EDWARD ROBINSON | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 04-CV-534-A |
| v. | |
| THE COUNTY OF ERIE, ET AL | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the Plaintiffs' motion to decertify the class (Docket No. 315) is granted; The Plaintiffs' motion for voluntary discontinuance (Docket No. 315) is denied; The Plaintiffs' motion to amend (Docket No. 303) is denied; and The Defendants' motion for summary judgment (Docket No. 301) is granted to the extent it seeks judgment against Plaintiffs Adam Pritchard and Edward Robinson. To the extent the Defendants seek summary judgment against former-Plaintiff Juleen Tucker, or against any member of the now-decertified class, that motion is denied as moot. As to Plaintiffs Adam Pritchard and Edward Robinson, judgment is enter in favor of Defendants The County of Erie; Patrick M. Gallivan, both in his individual and official capacities; Timothy Howard, both in his individual and official capacities; Donald Livingston, in both his individual and official capacities; Robert G. Huggins, in both his official and individual capacities; and H. McCarthy Gibson, in both his individual and official capacities.

Date: February 27, 2018				MARY C. LOEWENGUTH
						CLERK OF COURT

						By: s/K.McMillan
						    Deputy Clerk